**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-06-833-PHX-EHC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Beatriz Cerda-Murillon, ) | |
| Defendant. ) | |

The Court has received Defendant's Motion to Extend time to Indict (docket #9). The Defendant has been Indicted under the above criminal case number.

**IT IS ORDERED denying** Defendant's Motion to Extend Time to Indict (docket #9) as **moot**.

DATED this 18th day of September, 2006.

Lawrence O. Anderson
United States Magistrate Judge